IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>William Alfredo GONZALEZ,<br><br>Defendant. | CASE NO. 1:24-MJ-00141-SAB<br>(SDCA case 24-MJ-04452)<br><br>ORDER UNSEALING INDICTMENT |

The United States having arrested the above titled defendant on an arrest warrant and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __December 17, 2024__

STANLEY A. BOONE
United States Magistrate Judge

Unsealing Order                                                                 1